# UNITED STATES BANKRUPTCY COURT
## FOR THE EASTERN DISTRICT OF PENNSYLVANIA

In re:

                Chapter 13

                Bankruptcy No. 14-12439-ELF

RUTH L WAKEFIELD

5103 F STREET

PHILADELPHIA, PA 19124

    Debtor

## **CERTIFICATE OF SERVICE**

**AND NOW**, comes William C. Miller, Esquire, Chapter 13 standing trustee, and certifies that he served the attached Motion to Dismiss on the following parties as indicated below:

Debtor(s), at the address listed, by first class mail.

    RUTH L WAKEFIELD

    5103 F STREET

    PHILADELPHIA, PA 19124

Counsel for debtor(s), by electronic notice only.

    ERIK B JENSEN, ESQ.
    JENSEN BAGNATO, P.C.
    1500 WALNUT ST., STE 1920
    PHILA, PA 19102-

Date: 12/18/2018

                /S/ William C. Miller
                _____
                William C. Miller, Esquire
                Chapter 13 Standing Trustee